# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. _____     Date _____

Title: _____

Present: The Honorable _____

_____          _____
              Deputy Clerk                              Court Reporter / Recorder

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:

---

Proceedings:     ☐ In Court          ☐ In Chambers         ☐ Counsel Notified

☐  Case previously closed in error.  Make JS-5.

☐  Case should have been closed on entry dated _____.

☐  Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐  Other _____

☐  Entered _____.

Initials of Preparer _____

---

CV-74 (10/08)              **CIVIL MINUTES -REOPENING/CLOSING**